NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-7136

### MARK C. JACKSON,

Claimant-Appellant,

v.

### ERIC K. SHINSEKI, Secretary of Veterans Affairs,

Respondent-Appellee.

Appeal from the United States Court of Appeals for Veterans Claims in 07-817.

ON MOTION

ORDER

Upon consideration of Mark C. Jackson's motion to withdraw his appeal,

IT IS ORDERED THAT:

(1)    The motion is granted and the appeal is dismissed.

(2)    Each side shall bear its own costs.

FOR THE COURT

NOV 0 4 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:    Mark C. Jackson
       William P. Rayel, Esq.

s8

ISSUED AS A MANDATE: NOV 0 4 2009 _____

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV 0 4 2009

JAN HORBALY
CLERK